

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| STMICROELECTRONICS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MOTOROLA, INC., <br><br> Defendant. | CIVIL ACTION NO. 4:03–CV–276 |

---

### MARKMAN EXHIBITS PREPARED FOR USE BY STMICROELECTRONICS, INC. AND STMICROELECTRONICS, N.V.

---

Per the Court's instructions, STMicroelectronics, Inc. and STMicroelectronics, N.V. hereby submit the exhibits prepared for use at the *Markman* hearing on May 20, 2004.

Respectfully submitted,

*Bruce Sostek* by permission JPB

Bruce S. Sostek
  Texas Bar No. 18855700
  Attorney-in-Charge
Jane Politz Brandt
  Texas Bar No. 02882090
Max Ciccarelli
  Texas Bar No. 00787242
THOMPSON & KNIGHT LLP
1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201–4693
214.969.1700
214.969.1751 (facsimile)

Michael E. Jones
  Texas Bar No. 10929400
POTTER MINTON
A Professional Corporation
110 North College
500 Plaza Tower
Tyler, Texas 75702
903.597.8311
903.593.0846 (facsimile)

Clyde Siebman
  Texas Bar No. 18341600
SIEBMAN, REYNOLDS & BURG, LLP
421 North Crockett
Sherman, Texas 75090
903.870.0070
903.870.0066 (facsimile)

ATTORNEYS FOR PLAINTIFF
STMICROELECTRONICS, INC.

*/s/ James P. Bradley* (by permission JPB)

James P. Bradley, Esq.
  Texas Bar No. 02826000
  Attorney-in-Charge
Charles S. Cotropia
  Texas Bar No. 04858600
SIDLEY AUSTIN BROWN & WOOD LLP
717 North Harwood Street, Suite 3400
Dallas, Texas 75201
214.981.3300
214.981.3400 (facsimile)

Michael E. Jones
  Texas Bar No. 10929400
POTTER MINTON
A Professional Corporation
110 North College
500 Plaza Tower
Tyler, Texas 75702
903.597.8311
903.593.0846 (facsimile)

ATTORNEYS FOR COUNTERCLAIM DEFENDANT
STMICROELECTRONICS N.V.

CERTIFICATE OF SERVICE

On the 26th day of May, 2004, a copy of the foregoing was served upon the following counsel of record as indicated:

**Overnight Delivery**
Kenneth R. Adamo
Hilda C. Galvan
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201

_____
Jane Politz Brandt