IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| STMICROELECTRONICS, INC., | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 4:03-CV-276 |
| | § | |
| v. | § | Judge Leonard E. Davis |
| | § | |
| MOTOROLA, INC., and | § | Jury Trial Demanded |
| FREESCALE SEMICONDUCTOR, INC. | § | |
| | § | |
| Defendants and | § | |
| Counterclaim Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| STMICROELECTRONICS, N.V., and | § | |
| STMICROELECTRONICS, INC., | § | |
| | § | |
| Counterclaim | § | |
| Defendants | § | |

**[PROPOSED] ORDER GRANTING MOTOROLA AND FREESCALE'S
MOTION TO CLARIFY THE COURT'S JULY 15, 2004 MARKMAN ORDER**

Having read and considered the foregoing motion and good cause therein shown:

IT IS HEREBY ORDERED that:

The Court's July 15, 2004 Memorandum Opinion and Order is clarified to reflect that the construction for the term "epitaxial layer" in U.S. Patent 5,155,563 is "layer of material having the same crystalline structure as the substrate on which it is formed, understanding that formed includes growing or depositing."

Dated: 9/20/04

_____
United States District Court Judge

CHI-1437797v1