IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| STMICROELECTRONICS, INC., | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 4:03-CV-276 |
| | § | |
| v. | § | Judge Leonard E. Davis |
| | § | |
| MOTOROLA, INC., and | § | |
| FREESCALE SEMICONDUCTOR, INC. | § | Jury Trial Demanded |
| | § | |
| Defendants, | § | |
| Counterclaim Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| STMICROELECTRONICS, N.V., and | § | |
| STMICROELECTRONICS, INC., | § | |
| | § | |
| Counterclaim | § | |
| Defendants | § | |

**JOINT STIPULATED MOTION TO DISMISS**

Freescale Semiconductor, Inc., Motorola, Inc., STMicroelectronics, N.V. and STMicroelectronics, Inc. (collectively, the "Parties") hereby jointly move the Court for an order dismissing this action and with each Party to bear its own costs and all rights of appeal waived, and in support thereof would respectfully show the Court as follows:

The Parties have reached an agreement with all matters of fact and things in controversy between them being fully and finally settled. The Parties have agreed that all claims in this action shall be dismissed with prejudice with regard to ST Microelectronics, NV, STMicroelectronics, Inc. and Freescale Semiconductor, Inc., and without prejudice as to Motorola, Inc., in accordance with the Parties' written agreement.

DLI-5892842v1

WHEREFORE, PREMISE CONSIDERED, the Parties respectfully request that the Court enter its Order dismissing the above-captioned case.

DLI-5892842v1

Dated December 22, 2004

                    Respectfully submitted,

/s/ Kenneth R. Adamo w/permission Jane P. Brandt
Kenneth R. Adamo, Esq.
Attorney-In-Charge
State Bar No. 00846960
kradamo@jonesday.com
Hilda C. Galvan, Esq.
State Bar No. 00787512
hcgalvan@jonesday.com
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

ATTORNEYS FOR DEFENDANTS
Motorola, Inc.
Freescale Semiconductor, Inc.

Dated December 22, 2004

/s/ Bruce S. Sostek w/permission Jane P. Brandt
Bruce S. Sostek
THOMPSON & KNIGHT LLP
1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201-4693

James P. Bradley
SIDLEY, AUSTIN, BROWN & WOOD, LLP
717 North Harwood Street, Suite 3400
Dallas, Texas 75201

ATTORNEYS FOR PLAINTIFFS
STMicroelectronics, N.V.
STMicroelectronics, Inc.,

DLI-5892842v1