IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| STMICROELECTRONICS, INC., | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 4:03-CV-276 |
| | § | |
| v. | § | Judge Leonard E. Davis |
| | § | |
| MOTOROLA, INC., and | § | |
| FREESCALE SEMICONDUCTOR, INC. | § | Jury Trial Demanded |
| | § | |
| Defendants, | § | |
| Counterclaim Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| STMICROELECTRONICS, N.V., and | § | |
| STMICROELECTRONICS, INC., | § | |
| | § | |
| Counterclaim | § | |
| Defendants | § | |

**ORDER**

Now pending is the joint motion of Freescale Semiconductor, Inc., Motorola, Inc., STMicroelectronics, N.V. and STMicroelectronics, Inc. (collectively the "Parties") in this action, seeking dismissal of this action.

IT IS THEREFORE ORDERED that this cause be and is dismissed with prejudice with regard to STMicroelectronics, N.V., STMicroelectronics, Inc. and Freescale Semiconductor, Inc., and is dismissed without prejudice as to Motorola, Inc., in accordance with the Parties' written agreement.

      Each party shall bear its own costs and attorneys' fees.

**So ORDERED and SIGNED this 27th day of December, 2004.**

      _____
      **LEONARD DAVIS**
      **UNITED STATES DISTRICT JUDGE**

DLI-5892842v1